# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 23, 2025

Mr. James D. Houston
Strauss Troy
150 E. Fourth Street
Fourth Floor
Cincinnati, OH 45202

Mr. John Klosterman
5615 Sidney Road
Cincinnati, OH 45238

Ms. Rebecca P. Salley
City of Cincinnati
Law Department
801 Plum Street
Suite 214
Cincinnati, OH 45202

Ms. Bailey Sharpe
SSP Law
2623 Erie Avenue
Cincinnati, OH 45208

    Re: Case No. 25-4021
        *John Klosterman v. Konza, LLC., et al*
        Originating Case No. 1:25-cv-00312

Dear Counsel,

    This case has been docketed as case number **25-4021**. It will be held in abeyance until after the district court rules on pending motions, identified under Fed. R. App. P. 4(a)(4), and jurisdiction transfers to the Sixth Circuit Court of Appeals. Once this court has jurisdiction, the appeal will proceed in the normal course and you will receive additional instructions from the Clerk's office.

In the meantime, you are strongly encouraged to read the Federal Rules of Appellate Procedure and Sixth Circuit Rules at www.ca6.uscourts.gov.  If you are counsel for a party and have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.  If you are representing yourself in this appeal, you will continue to file in paper and your pleadings will be scanned into the court's electronic docket.

                Sincerely yours,

                s/Kelly Stephens
                Appeal Case Manager: Ryan
                Direct Dial No. 513-564-7079

cc: Mr. Richard W. Nagel


Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 25-4021

JOHN KLOSTERMAN

        Plaintiff - Appellant

v.

KONZA, LLC.; RICHARD BOYDSTON; DENTONS, BINGHAM AND GREENEBAUM, LLP; TRI-STATE ORGANIZATION, INC.; JOSEPH LENTINE, III; ANGEL STRUNK; JENNIFER DONATHAN; KELLER WILLIAMS REALTY; TERRY JAMES; CITY OF CINCINNATI, OH

        Defendants - Appellees