UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __25-4021__

Case Title: __John Klosterman__ vs. __Konza, LLC, et al.__

List all clients you represent in this appeal:

> **Defendant-Appellee Keller Williams and Jennifer Donathan**

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☑ Appellee     ☐ Respondent    ☐ Intervenor                (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Jeffrey M. Nye, Esq.__    Signature: s/ __Jeffrey M. Nye, Esq.__

Firm Name: __SSP Law Co., L.P.A.__

Business Address: __2623 Erie Avenue__

City/State/Zip: __Cincinnati, Ohio 45208__

Telephone Number (Area Code): __513-533-2759__

Email Address: __jmn@sspfirm.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |