# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| JOHN KLOSTERMAN, | : | Case No. 25-4021 |
| | : | |
| Plaintiff - Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| KONZA, LLC.; RICHARD BOYDSTON; DENTONS, BINGHAM AND GREENEBAUM, LLP; TRI-STATE ORGANIZATION, INC.; JOSEPH LENTINE, III; ANGEL STRUNK; JENNIFER DONATHAN; KELLER WILLIAMS REALTY; TERRY JAMES; CITY OF CINCINNATI, OH | : : : : : : : | |
| | : | |
| Defendants - Appellees. | : | |

## RESPONSE IN OPPOSITION TO APPELLANT KLOSTERMAN'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT BY <u>CITY OF CINCINNATI AND TERRY JAMES</u>

Appellees the City of Cincinnati ("the City") and Terry James (collectively, "City Appellees") submit the following response in opposition to Appellant John Klosterman's Motion for Leave to File an Amended Complaint (Dkt. 4) to add as Defendants the Hamilton County Land Reutilization Corporation (hereinafter "the Landbank"), Jill Schiller, and Kelley Allessee. Appellant Klosterman's Motion is procedurally improper, and this Court is not vested with jurisdiction to decide the Motion. Appellant's Motion must be dismissed.

1

## I. PROCEDURAL HISTORY

On May 13, 2025, Appellant John Klosterman filed his Complaint alleging civil RICO, constitutional violations, and state law claims against multiple Defendants, including City Appellees, alleging that the foreclosure of his properties was the result of a conspiracy by several governmental and quasi-governmental entities and private actors. The trial court previously provided Appellant the opportunity to amend his complaint, ordering Appellant to file a pleading "setting forth in clear, short, and concise terms the names of each defendant, the specific claims for relief attributable to each defendant, and the factual allegations supporting each claim." (RE. 32, Order Permitting Filing of Amended Complaint).

Appellant filed an amended complaint on June 27, 2025. (RE. 33, Amended Complaint). Appellant sought to amend his Complaint to add new parties and allegations several times in the trial court. (*See* RE. 17, Motion for Leave to Add Terry James, Jackolyn Martin, and Susan Zurface as Defendants; RE. 43, Jul. 7, 2025 Motion for Leave to File Second Amended Complaint; RE. 61 and 62, Sep. 30, 2025 Motion for Leave to Add Extortion Claims Against City Defendants). All defendants, including City Appellees, timely submitted motions to dismiss Appellant's Amended Complaint (RE. 33).

On December 1, 2025, Appellant filed a Motion for Leave to File Third Amended Complaint (RE. 84) in the trial court, seeking leave to add the Landbank and Kelley Allessee as defendants. On December 10, 2025, the trial court dismissed with prejudice all claims in Appellant's Amended Complaint and denied Appellant's

Request for Leave to add Extortion Claims against City Appellees. (RE. 89, Order Dismissing Second Amended Complaint). Appellant filed a Notice of Appeal from this Order on December 22, 2025. (RE. 96).

On January 16, 2025, while Appellant's Motion for Leave to File Third Amended Complaint remained pending in the trial court, Appellant filed in this Court a Motion for Leave to File an Amended Complaint, seeking direct authorization from the appellate Court to add the Landbank, Allessee, and a third individual, Jill Schiller, as Defendants in his dismissed complaint. (Dkt. 4).

On January 22, 2025, the magistrate judge entered a Report & Recommendation ("R&R") recommending denial of leave for Appellant to file a third amended complaint (RE. 105). The deadline to file objections to the magistrate's order, set by the court for February 5, 2026, has not yet elapsed, nor has Appellant filed an objection to the order. The district court judge has not yet ruled on Appellant's Motion, because it is not ripe at this time.

## II. ARGUMENT

The Sixth Circuit does not have jurisdiction over Appellant's motion. A magistrate's report and recommendation is not a final, appealable order for purposes of 28 U.S.C. § 1291 and "is not directly appealable" to the Sixth Circuit. *Hardy v. Bowman-Eng.*, No. 24-4057, 2025 U.S. App. LEXIS 2933, *1 (6th Cir. 2025). Appellant's Motion for Leave to Amend, filed in this Court, seeks essentially the same relief as his Motion for Leave to File a Third Amended Complaint currently pending in the trial court. In that Motion, Appellant sought the trial court's leave to amend

his complaint for the purpose of adding the Landbank and Kelley Allessee as defendants. (*See* RE. 84). Prior to any decision rendered by the magistrate or district court, Appellant filed his competing Motion in this Court, seeking leave directly from the appellate court to amend his complaint to add the Landbank, Kelley Allessee, and Jill Schiller as defendants.

The magistrate's January 22, 2026 R&R held that Appellant's Motion for Leave to Amend would be futile and should thus be denied. (RE. #105, PageID#1874). However, the district court judge has not adopted, overruled, or otherwise issued an order relating to the R&R. The trial court's February 5, 2026 deadline for filing objections to the R&R has not yet elapsed. No final, appealable order exists on this issue over which this Court may exercise its jurisdiction. Appellant, rather than allowing the trial court to exercise its jurisdiction, attempts to short-circuit the process by seeking an order directly from the Appeals Court for the relief he desires. Appellant has not identified a basis upon which this Court is permitted to act or to order the relief he requests in his Motion, and it should be denied.

## III.  CONCLUSION

For the foregoing reasons, the City Appellees request Appellant's Motion for Leave to File an Amended Complaint (Dkt. 4) be denied.

Respectfully submitted,

*/s/ Rebecca P. Salley*
Rebecca P. Salley (0097269)
Johnnie Fitzpatrick (0100476)
Mark Manning (0088331)

>Assistant City Solicitors
>801 Plum Street, Suite 214
>Cincinnati, OH 45202
>Phone: (513) 352-4576
>Fax: (513) 352-1515
>rebecca.salley@cincinnati-oh.gov
>johnnie.fitzpatrick@cincinnati-oh.gov
>mark.manning@cincinnati-oh.gov
>***Counsel for Defendants***
>***City of Cincinnati and Terry James***

## CERTIFICATE OF SERVICE

I certify that on January 26, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

**John Klosterman**
5615 Sidney Road
Cincinnati, Oh 45238
johncklosterman@gmail.com
*PRO SE*

>*/s/ Rebecca P. Salley*
>***Counsel for the City of Cincinnati***
>***and Terry James***