IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Klosterman, | Case No. 1:25-cv-312 |
| Plaintiff, | |
| v. | Judge Susan J. Dlott |
| | Order |
| Konza, LLC, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Reconsideration (Doc. 91) and Motion to Leave to File Second Supplement to Rule 59(e) Motion. (Docs. 91, 93). In these Motions, Plaintiff asked the Court to reconsider its December 10, 2025 Order Granting Defendants' Motions to Dismiss Plaintiff's Amended Complaint ("Dismissal Order"). Shortly after filing these Motions, Plaintiff filed a Notice of Appeal of the Dismissal Order. (Doc. 96.) He then filed a Notice of Withdrawal of Motion for Reconsideration so that his appeal of the Dismissal Order could proceed without delay. (Doc. 100.)

Because Plaintiff intends to appeal the Dismissal Order in the Sixth Circuit Court of Appeals rather than to have this Court reconsider its decision, the Motion for Reconsideration (Doc. 91) and the Motion to Leave to File Second Supplement to Rule 59(e) Motion (Doc. 93) are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

BY THE COURT:

*Susan J. Dlott*
Susan J. Dlott
United States District Judge

1