RECEIVED

FEB 03 2026

KELLY L. STEPHENS, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

JOHN KLOSTERMAN,
Plaintiff-Appellant,

v.

Case No. 25-4021

CITY OF CINCINNATI, et al.,
Defendants-Appellees.

---

## APPELLANT'S CERTIFICATE THAT NO TRANSCRIPT IS REQUIRED

---

Pursuant to Federal Rule of Appellate Procedure 10(b) and Sixth Circuit Rule 10, Appellant John Klosterman hereby certifies as follows:

1. Appellant does not intend to order any transcripts for this appeal.

2. No transcript is necessary for the disposition of this appeal because the issues on appeal can be resolved based on the existing record, including the pleadings, motions, orders, and documentary evidence already filed with the district court.

3. The district court dismissed Appellant's case without an evidentiary hearing or trial, and therefore no transcript of proceedings exists that would be relevant to this appeal.

4. Appellant will rely on the documents and records already contained in the district court docket and any supplemental filings submitted to this Court.

Respectfully submitted,

*[signature]*

JOHN KLOSTERMAN, Pro Se Appellant
5615 Sidney Road
Cincinnati, Ohio 45238
(513) 250-2610
johncklosterman@gmail.com

Dated: February 3, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I electronically filed the foregoing Certificate with the Clerk of Court using the CM/ECF system, or Email which will send notification of such filing to all counsel of record.

*[signature]*

JOHN KLOSTERMAN, Pro Se